**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:20-CR-00048 (WLS-TQL-2) |
| | : | |
| JAMES E FREITAS, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

The Court intends to notice this case for the Court's November 2021 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, September 24, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference may be set.

 **SO ORDERED**, this 16th day of September 2021.

 /s/ W. Louis Sands
 **W. LOUIS SANDS, SR. JUDGE
 UNITED STATES DISTRICT COURT**

1