# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:20-CR-48( WLS) |
| JAMES E. FREITAS, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

    This case has been noticed for the Court's November trial calendar. On September 28, 2021 this Court sent out a Notice of Pretrial Conference. (Doc. 71.) Therein, the Court informed Counsel that they were directed to file their Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions no later than one (1) business day prior to the conference. (*Id.* at 3.) The pretrial conference was held before this Court on October 19, 2021 in Albany, Georgia. To date, Defense Counsel has not filed their Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions.

    Defense Counsel is hereby **ORDERED** to file their Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions **within five (5) days of the entry of this order**.

    **SO ORDERED**, this  26th  day of October, 2021.

                                                    /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**