IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:20-cr-48 (WLS) |
| | : |
| JAMES E. FREITAS, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Before the Court is the Parties' Joint Motion for Continuance, filed March 21, 2022. (Doc. 104.) Therein, the Parties request that this Court continue the trial, currently set to begin in May 2022 to the next regularly scheduled trial term to provide Defendant and Defense Counsel with additional time to continue settlement negotiations with the Government. (*Id.*) The Parties aver that they're engaged in ongoing plea discussions. (*Id.*)

The Court finds that granting a continuance in this case will provide the Defendant a meaningful opportunity to engage in plea negotiations with the Government. For this reason, the Parties' Joint Motion for Continuance is **GRANTED**.

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Section 3161(h)(7)(B) provides several factors the Court must consider when granting a continuance. *United States v. Ammar*, 842 F.3d 1203, 1206 (11th Cir. 2016). Among those factors are the likelihood that the lack of a continuance will result in a miscarriage of justice and the likelihood that failure to grant a continuance would deprive the defendant continuity of counsel or reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B).

The Court finds that the failure to grant a continuance here would likely result in a miscarriage of justice and deprive counsel of reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). Notably, the Defendant and Defense Counsel need additional time to consider the Government's plea agreement and Defense Counsel needs additional time to make informed representations as to said negotiations. (*Id.*)

2

Accordingly, the Parties' Joint Motion for Continuance (Doc. 104) is **GRANTED**. The case is **CONTINUED** to the Valdosta trial term beginning August 2022, unless otherwise ordered by the Court. The Court **ORDERS** that the time from the date of this Order to the conclusion of the August 2022 Trial Term is **EXCLUDED FROM COMPUTATION** under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED**, this 23rd day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**