IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-cr-48 (WLS) |
| | : | |
| JAMES E. FREITAS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the Government's Response (Doc. 107), to this Court's Order to Confer (Doc. 106), which in effect is a unilateral Motion to Continue. Therein, the Government notices the Court that the Government is ready to try this case, but also requests that this case be continued to a specially set trial term in Valdosta during the Fall of 2022, due to scheduling issues with out-of-state witnesses. (Doc. 107.)

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Section 3161(h)(7)(C) specifically provides that no continuance "shall be granted because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." Accordingly, good cause does not exist to continue this case, and the Government's unilateral Motion to Continue (Doc. 107) is **DENIED**.

This case shall be tried during the Valdosta trial term beginning August 8, 2022, unless otherwise ordered by the Court.

**SO ORDERED**, this 17th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**