IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, : | |
| : | |
| v. : | CASE NO.: 7:20-cr-48 (WLS) |
| : | |
| JAMES E. FREITAS, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Presently before the Court is the Government's Second Unopposed Motion to Continue this case from this Court's August 2022 trial term.[1] (Doc. 111.) Therein, the Government moves to continue this case to the next regularly scheduled trial term, due to the unavailability of an essential witness for the Government, forensic chemist Emily Wood. (*Id*.) Emily Wood is an essential witness in this case, as she is the forensic chemist who tested the methamphetamine that the Government intends to admit at trial. (*Id*.) Emily Wood is not available for the August 2022 trial term, as she is currently on leave pursuant to the Family Medical Leave Act. (*Id*.) The Defendant does not object to the Government's Motion for Continuance. (*Id*.)

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Act also provides that any period of delay "resulting from the absence or unavailability of the defendant or an essential witness" shall be excluded from the computation of time within which the trial of an offense must commence. 18 U.S.C. § 3161 (h)(3)(A).

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Government's Unopposed Motion to Continue (Doc. 111) is **GRANTED**. The Court hereby **ORDERS** that the trial in the

---

[1] The Court notes for the purposes of the record that it previously denied (Doc. 109) the Government's unilateral request to continue this case, due to the unavailability of an out of state witness. (Doc. 107.)

above-referenced matter be **CONTINUED** to the Valdosta Division November 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). However, the Parties are hereby noticed that this shall be the final continuance in this case, except to prevent manifest injustice upon a timely filed written motion.

The Pretrial Conference (Doc. 110) currently set to occur on July 6, 2022 at 3:00p.m. is **CANCELLED**.

**SO ORDERED**, this 5th day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**